Antonella DEBELLO and John Debello, Appellants,

v.

JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, Appellee.

No. 4D16–1729

District Court of Appeal of Florida, Fourth District.

[January 4, 2017]

Richard R. Widell, Margery E. Golant and Stuart M. Golant of Golant & Golant, P.A., Boca Raton, for appellants.

Brandon S. Vesely of Albertelli Law, Tampa, for appellee.

Per Curiam.

*Affirmed.* No preliminary basis for reversal has been demonstrated. Fla. R. App. P. 9.315(a).

Ciklin, C.J., May and Gerber, JJ., concur.